UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                              Chapter 7

SAUCY FRIED CHICKEN, LLC                            Case No.: 23-42714 (ESS)

Debtor.

----------------------------------------------------------X

### ORDER PURSUANT TO 11 U.S.C. § 365(d)(1) DEEMING THE DEBTOR'S COMMERCIAL REAL PROPERTY LEASE REJECTED

Upon the motion (the "Motion") of Athanasios M. Mourkakos, Panagiota G. Mourkakos and Vasilis Mourkakos (collectively, the "Landlord"), for an order directing the commercial real property Lease of the Debtor (the "Saucy Lease") be rejected to 11 U.S.C. § 365(d)(1); and this Court having held a hearing with respect to the relief sought in the Motion (the "Hearing"); and it appearing that the Landlord has given due and sufficient notice of the Motion; and after hearing the attorneys for the Landlord in support of the Motion; and upon the papers filed in connection with the Motion; and upon the record of the Hearing; and any objections to the relief sought in the Motion having been withdrawn or overruled; and due deliberation having been had and sufficient cause appearing therefor; it is hereby

ORDERED, that the Saucy Lease for the commercial premises located at 25-89 Steinway Street, Queens, New York 11103 is deemed rejected. ~~as of November 4, 2023; and it is further~~

~~ORDERED, that the Debtor is directed to abandon any personal property at the premises subject to the Saucy Lease; and it is further~~

~~ORDERED, that the Landlord is authorized and empowered to take all actions necessary to implement the relief granted in this Order, including changing the locks or other required steps to take possession of the premises at 25-89 Steinway Street, Queens, New York 11103; including allowing the New York City Marshall or until the United State Marshall to take immediate possession of the premises.~~

Dated: Brooklyn, New York
January 25, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge